**E-filed 3/21/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KORHELY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRAD BOSTON, *et al.*,<br><br>　　　　　Defendants,<br><br>　　and<br><br>MERCURY INTERACTIVE CORPORATION,<br><br>　　　　　Nominal Defendant. | CASE NO. 3:05-cv-04642-JF (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT, FILING AMENDED COMPLAINT AND SERVICE<br><br>DATE:　March 10, 2006<br>TIME:　10:00 a.m.<br>COURTROOM: 3, 5th Floor<br>JUDGE:　Hon. Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

WHEREAS, on February 14, 2006, this Court granted the Motion By Plaintiffs Robert Korhely, Reena Gupta, Inge Selig and The City of New Orleans Retirement System Consolidating All Related Derivative Cases and Appointing an Executive Committee of Plaintiffs' Counsel.

WHEREAS, the parties have resolved and agreed to certain case management procedures.

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES AND ORDERED:

1. Every pleading filed in this Consolidated Derivative Action shall have the following caption:

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. DERIVATIVE LITIGATION ) ) ) ) ) ) ) | Case No. 05-cv-04642-JF (PVT) |

2. If any other case is subsequently filed in, transferred to, or removed to this Court and is designated a related case under Rule 3-12(a) of this Court's Local Rules of Practice in Civil Proceedings ("Related Case"), the Clerk of the Court shall file a copy of this Order in the docket of the Related Case.

3. In the circumstances referred to above, the Chair of the Executive Committee of Plaintiffs' Counsel shall promptly mail a copy of this Order to counsel for the plaintiff(s) in each Related Case and for any defendant(s) in the Related Case who are not already parties to the Consolidated Derivative Action.

4. This Order shall apply to each related case unless a party objecting to the consolidation files and serves an application for relief from this Order within ten (10) days after the date on which the Chair of the Executive Committee of Plaintiffs' Counsel mails a copy of this Order to counsel for that party. The provisions of this Order shall apply to the Related Case until the Court's ruling on the application.

5. The parties agree that defendants need not respond to the initial complaints consolidated by the Court's February 14, 2006 Order. Plaintiffs will file a Consolidated Derivative Complaint within sixty (60) days of the entry of this Stipulation and Order.

1 | Defendants' responsive pleadings (including, if appropriate, a motion to stay this action) shall be
2 | due within sixty (60) days after the filing of the Consolidated Derivative Complaint.

3 |     6.     Service on the derivative plaintiffs may be made by service on the Executive
4 | Committee of Plaintiffs' Counsel.

5 | DATED: March 1, 2006

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT

*Betsy C. Manifold*
_____
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Chair of Plaintiffs' Executive Committee

DATED: March __, 2006

HELLER EHRMAN LLP
SARA B. BRODY
NICOLE ACTON JONES

_____
SARA B. BRODY

333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6032
Facsimile: 415/772-6268

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

1  Defendants' responsive pleadings (including, if appropriate, a motion to stay this action) shall be
2  due within sixty (60) days after the filing of the Consolidated Derivative Complaint.
3       6.    Service on the derivative plaintiffs may be made by service on the Executive
4  Committee of Plaintiffs' Counsel.

DATED: March 1, 2006

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT

_____
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Chair of Plaintiffs' Executive Committee

DATED: March 2, 2006

HELLER EHRMAN LLP
SARA B. BRODY
NICOLE ACTON JONES

_____
SARA B. BRODY

333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6032
Facsimile: 415/772-6268

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

- 3 -

|   |   |   |
|---|---|---|
| 1 |   | HELLER EHRMAN LLP |
| 2 |   | NORMAN J. BLEARS |
|   |   | 275 Middlefield Road |
| 3 |   | Menlo Park, CA  94025-3506 |
|   |   | Telephone: 650/324-7000 |
| 4 |   | Facsimile:  650/324-0638 |

*Counsel for Defendants Mercury Interactive Corp., Clyde Ostler, Brad Boston, and Anthony Zingale*

DATED: March __, 2006

KIRKPATRICK LOCKHART NICHOLSON
   & GRAHAM LLP
JONATHAN COHEN
ROBYN CALLAHAN

_____
JONATHAN COHEN

Four Embarcadero Center, 10th Floor
San Francisco CA 94111
Telephone: 415/249-1000
Facsimile:  415/249-1001

JONES DAY
JOHN CLINE
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/875-5812
Facsimile:  415/875-5700

SULLIVAN & WORCESTER LLP
FRANKLIN VELIE
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/660-3037
Facsimile:  212/660-3001

*Counsel for Defendant Amnon Landan*

|    |    |
|----|----|
| 1  | HELLER EHRMAN LLP |
|    | NORMAN J. BLEARS |
| 2  | 275 Middlefield Road |
|    | Menlo Park, CA 94025-3506 |
| 3  | Telephone: 650/324-7000 |
|    | Facsimile: 650/324-0638 |
| 4  |    |
|    | *Counsel for Defendants Mercury Interactive Corp.,* |
| 5  | *Clyde Ostler, Brad Boston, and Anthony Zingale* |
| 6  | DATED: March 3, 2006   KIRKPATRICK LOCKHART NICHOLSON |
|    |   & GRAHAM LLP |
| 7  | JONATHAN COHEN |
|    | ROBYN CALLAHAN |
| 8  |    |
| 9  | /s/ Jonathan Cohen |
| 10 | ———————————————— |
|    | JONATHAN COHEN |
| 11 |    |
|    | Four Embarcadero Center, 10th Floor |
| 12 | San Francisco CA 94111 |
|    | Telephone: 415/249-1000 |
| 13 | Facsimile: 415/249-1001 |
| 14 | JONES DAY |
|    | JOHN CLINE |
| 15 | 555 California Street, 26th Floor |
| 16 | San Francisco, CA 94104 |
|    | Telephone: 415/875-5812 |
| 17 | Facsimile: 415/875-5700 |
| 18 |    |
|    | SULLIVAN & WORCESTER LLP |
| 19 | FRANKLIN VELIE |
|    | 1290 Avenue of the Americas |
| 20 | New York, NY 10104 |
|    | Telephone: 212/660-3037 |
| 21 | Facsimile: 212/660-3001 |
| 22 |    |
|    | *Counsel for Defendant Amnon Landan* |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

| | | |
|---|---|---|
| 1 | DATED: March __, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | JOHN POTTER |
| | | MICHAEL T. LIFRAK |

_____

JOHN POTTER

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Douglas P. Smith*

DATED: March __, 2006        ORRICK, HERRINGTON & SUTCLIFFE LLP
                             JAMES KRAMER
                             TODD SCOTT

_____

JAMES KRAMER

The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: 415/773-5610
Facsimile: 415/773-5759

*Counsel for Defendant Susan Skaer*

DATED: March __, 2006        KEKER & VAN NEST LLP
                             JAN NIELSEN LITTLE
                             ASIM BHANSALI

_____

JAN NIELSEN LITTLE

710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400
Facsimile: 415/397-7188

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

| | |
|---|---|
| DATED: March 1, 2006 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>JOHN POTTER<br>MICHAEL T. IFRAK |

*/s/ John Potter/*
_____
JOHN POTTER

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415 875-6600
Facsimile: 415 875-6700

*Counsel for Defendant Douglas P. Smith*

DATED: March __, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES KRAMER
TODD SCOTT

_____
JAMES KRAMER

The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: 415 773-5610
Facsimile: 415 773-5759

*Counsel for Defendant Susan Skaer*

DATED: March __, 2006

KEKER & VAN NEST LLP
JAN NIELSEN LITTLE
ASIM BHANSALI

_____
JAN NIELSEN LITTLE

710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400
Facsimile: 415 397-7188

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

| | | |
|---|---|---|
| 1 | DATED: March __, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | JOHN POTTER |
| | | MICHAEL T. LIFRAK |

_____
JOHN POTTER

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Douglas P. Smith*

DATED: March 1, 2006       ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES KRAMER
TODD SCOTT

_____/s/_____
JAMES KRAMER

The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: 415/773-5610
Facsimile: 415/773-5759

*Counsel for Defendant Susan Skaer*

DATED: March __, 2006       KEKER & VAN NEST LLP
JAN NIELSEN LITTLE
ASIM BHANSALI

_____
JAN NIELSEN LITTLE

710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400
Facsimile: 415/397-7188

| | | |
|---|---|---|
| 1 | DATED: March __, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | JOHN POTTER<br>MICHAEL T. LIFRAK |

_____
JOHN POTTER

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Douglas P. Smith*

DATED: March __, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES KRAMER
TODD SCOTT

_____
JAMES KRAMER

The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: 415/773-5610
Facsimile: 415/773-5759

*Counsel for Defendant Susan Skaer*

DATED: March 2, 2006

KEKER & VAN NEST LLP
JAN NIELSEN LITTLE
ASIM BHANSALI

_____
JAN NIELSEN LITTLE

710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400
Facsimile: 415/397-7188

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

- 5 -

| | |
|---|---|
| 1 | PAUL WEISS |
| 2 | ERIC S. GOLDSTEIN<br>MARK F. POMERANTZ |
| 3 | 1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| 4 | Telephone: 212-373-3000<br>Facsimile: 212-757-3990 |
| 5 | *Counsel for Defendants Igal Kohavi, Giora Yaron and Yair Shamir* |
| 6 | |
| 7 | DATED: March __, 2006     TOPEL & GOODMAN<br>WILLIAM M. GOODMAN |
| 8 | ANDREA DESHAZO |

_____
WILLIAM M. GOODMAN

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Bryan LeBlanc*

DATED: March __, 2006

WILSON SONSINI GOODRICH & ROSATI
JARED L. KOPEL

_____
JARED L. KOPEL

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Kenneth Klein*

**IT IS SO ORDERED.**

DATED _____

_____
HONORABLE JEREMY FOGEL

MERCURY: 13030.PLEADING

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

|   |   |   |
|---|---|---|
| 1 |   | PAUL WEISS |
| 2 |   | ERIC S. GOLDSTEIN |
|   |   | MARK F. POMERANTZ |
| 3 |   | 1285 Avenue of the Americas |
|   |   | New York, NY 10019-6064 |
| 4 |   | Telephone: 212-373-3000 |
|   |   | Facsimile: 212-757-3990 |
| 5 |   |   |
|   |   | *Counsel for Defendants Igal Kohavi, Giora Yaron and Yair Shamir* |
| 6 |   |   |
| 7 | DATED: March __, 2006 | TOPEL & GOODMAN |
|   |   | WILLIAM M. GOODMAN |
| 8 |   | ANDREA DESHAZO |

_____
WILLIAM M. GOODMAN  *by Saabroda with email approval*

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Bryan LeBlanc*

DATED: March __, 2006

WILSON SONSINI GOODRICH & ROSATI
JARED L. KOPEL

_____
JARED L. KOPEL

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Kenneth Klein*

**IT IS SO ORDERED.**

DATED _____

_____
HONORABLE JEREMY FOGEL

MERCURY: 13030.PLEADING

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

- 6 -

| | |
|---|---|
| 1 | PAUL WEISS |
| 2 | ERIC S. GOLDSTEIN |
|   | MARK F. POMERANTZ |
| 3 | 1285 Avenue of the Americas |
|   | New York, NY 10019-6064 |
| 4 | Telephone: 212-373-3000 |
|   | Facsimile: 212-757-3990 |
| 5 | |
| 6 | *Counsel for Defendants Igal Kohavi, Giora Yaron and Yair Shamir* |
| 7 | DATED: March __, 2006 |
|   | TOPEL & GOODMAN |
| 8 | WILLIAM M. GOODMAN |
|   | ANDREA DESHAZO |

WILLIAM M. GOODMAN

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Bryan LeBlanc*

DATED: March 2, 2006

WILSON SONSINI GOODRICH & ROSATI
JARED L. KOPEL

_____
JARED L. KOPEL

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Kenneth Klein*

IT IS SO ORDERED.

DATED  3/20/06

_____
HONORABLE JEREMY FOGEL

MERCURY: 13030.PLEADING

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

## DECLARATION OF SERVICE

I, BORANY T. REINBOLD, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on March 3, 2006, declarant served **STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT FILING AMENDED COMPLAINT AND SERVICE** via the CM/ECF System to the parties so indicated on the attached service list, who are registered participants of the CM/EMF System.

3. That on March 3, 2006, declarant served the parties so indicated on the attached service list, who are not registered participants of the CM/ECF System, via U.S. Mail.

4. That there is regular communication by mail, facsimile, and electronic mail within this office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March 2006, at San Diego, California.

_____
BORANY T. REINBOLD

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

-7-

MERCURY INTERACTIVE
Service List -- March 3, 2006
Page 1

<u>COUNSEL FOR PLAINTIFFS</u>

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
manifold@whafh.com
rickert@whafh.com

** Mark C. Rifkin
Demet Basar
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
    212/545-4600
    212/545-4653 (fax)
rifkin@whafh.com
basar@whafh.com

** Robert I. Harwood
Matthew M. Houston
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
    212/935-7400
    212/753-3630 (fax)
rharwood@whesq.com
mhouston@whesq.com

** Jeff S. Westerman
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
    213/617-1200
    213/617-1975 (fax)
jwesterman@milbergweiss.com

** Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119
    212/594-5300
    212/868-1229 (fax)
sschulman@milbergweiss.com
pseidman@milbergweiss.com
arado@milbergweiss.com

* John Herschel Bornstein
Kathryn Quetel
BORNSTEIN & BORNSTEIN
2590 Geary Boulevard
San Francisco, CA 94115-3318
    415/409-7611
    415/409-9345 (fax)
bornst@ix.netcom.com

** Douglas M. Leavitt
DANZIGER SHAPIRO & LEAVITT PC
2101 Pine Street, Third Floor
Philadelphia, PA 19103
    215/545-4830
    215/545-6710 (fax)
leavitt@ds-l.com

* Frank J. Johnson
JOHNSON LAW FIRM APC
402 West Broadway, Suite 2700
San Diego, CA 92101
    619/230-0063
    619/230-1839 (fax)
frank@johnsonlawfirmapc.com

** Alfred Glenn Yates, Jr.
LAW OFFICE OF ALFRED G. YATES JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
    412/391-5164
    412/471-1033 (fax)
yateslaw@aol.com

\*     Indicates those parties served electronically via the CM/ECF System
\*\*   Indicates those parties served via U.S. Mail

MERCURY INTERACTIVE
Service List – March 3, 2006
Page 2

COUNSEL FOR PLAINTIFFS

** Joe Kendall
   Willie C. Briscoe
   PROVOST & UMPHREY LAW FIRM, LLP
   3232 McKinney Avenue, Suite 700
   Dallas, TX 75204
   214/744-3000
   214/744-3015 (fax)

*  Mark A. Topaz
   Eric L. Zagar
   SCHIFFRIN & BARROWAY, LLP
   280 King of Prussia Road
   Radnor, PA 19087
   610/667-7706
   610/667-7056 (fax)
   ezagar@sbclasslaw.com
   mtopaz@sbclasslaw.com

** Joshua M. Lifshitz
   BULL & LIFSHITZ
   18 East 41st Street, 11th Floor
   New York, NY 10017
   212/213-6222
   516/205-6823 (fax)
   jml@nyclasslaw.com

COUNSEL FOR DEFENDANTS

** Melinda Haag
   James Kramer
   Todd Scott
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
   405 Howard Street
   San Francisco, California 94105
   415/773-5610
   415/773-5759 (fax)
   tscott@orrick.com
   jkramer@orrick.com

   *Attorneys for Susan Skaer*

** Eric S. Goldstein
   Mark F. Pomerantz
   PAUL WEISS
   1285 Avenue of the Americas
   New York, NY 10019-6064
   212-373-3000
   212-757-3990 (fax)
   egoldstein@paulweiss.com
   mpomerzntz@paulweiss.com

**Jan Nielsen Little
   Asim Bhansali
   KEKER & VAN NEST LLP
   710 Sansome Street
   San Francisco, California 94111
   415/391-5400
   415/397-7188 (Fax)

   *Attorneys for Igal Kohavi, Giora Yaron and Yair Shamir*

**William Goodman
   Andrea DeShazo
   TOPEL & GOODMAN
   832 Sansome Street, Fourth Floor
   San Francisco, CA 94111
   415/421-6140
   415/398-5030 (fax)
   wmg@topelgoodman.com
   apd@topelgoodman.com

   *Attorneys for Defendant Bryan LeBlanc*

\*       Indicates those parties served electronically via the CM/ECF System
\*\*     Indicates those parties served via U.S. Mail

MERCURY INTERACTIVE
Service List – March 3, 2006
Page 3

## COUNSEL FOR DEFENDANTS

** Sara Brody
Nicole Acton Jones
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
415/772-6000
415/772-6268 (fax)
sara.brody@hellerehrman.com
nicole.jones@hellerehrman.com

** Norman J. Blears
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
650/324-7000
650/324-0638 (fax)
norman.blears@hellerehrman.com

*Attorneys for Mercury Interactive, Clyde Ostler, Brad Boston, and Anthony Zingale*

** John Potter
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
415/875-6600
415/875-6700 (fax)
johnpotter@quinnemanuel.com

** Michael T. Lifrak
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
213/443-3000
213/443-3100 (fax)
michaellifrak@quinnemanuel.com

*Attorneys for Defendant Douglas P. Smith*

** John D. Cline
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
415/875-5812
415/875-5700 (fax)
jcline@jonesday.com

** Jonathan Cohen
Robyn Callahan
KIRKPATRICK LOCKHART NICHOLSON
& GRAHAM LLP
Four Embarcadero Center, 10th Floor
San Francisco CA 94111
415-249-1000
415-249-1001 (fax)
jcohen@klng.com
rcallahan@klng.com

**Franklin Velie
Andrew Solomon
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
212/660-3037
212/660-3001 (fax)
fvelie@sandw.com
asolomon@sandw.com

*Attorneys for Defendant Amnon Landan*

**Jared Kopel
WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9033
650/493-6811 (fax)

*Attorneys for Defendant Kenneth Klein*
jkopel@wsgr.com

\*       Indicates those parties served electronically via the CM/ECF System
\*\*      Indicates those parties served via U.S. Mail