| | |
|---|---|
| 1  Jeffrey S. Facter (State Bar No. 123817)<br>    Patrick D. Robbins (State Bar No. 152288)<br>2  SHEARMAN & STERLING LLP<br>    525 Market Street, Suite 1500<br>3  San Francisco, CA 94105-2723<br>    Telephone:  (415) 616-1100<br>4  Facsimile:  (415) 616-1199<br>    Email:        jfacter@shearman.com<br>5                    probbins@shearman.com | **E-filed 3/23/06** |

6  Attorneys for Defendant Douglas P. Smith

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| | |
|---|---|
| In re MERCURY INTERACTIVE CORP.<br>DERIVATIVE LITIGATION | Case No.: C-05-4642 JF (PVT)<br><br>(Consolidated with Case Nos.:<br>C-05-4685 JF (PVT), C-05-4690 JF (PVT),<br>C-05-4703 JF (PVT), C-05-4704 JF (PVT))<br><br>**DEFENDANT DOUGLAS P. SMITH'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge: Hon. Jeremy Fogel |

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Douglas P. Smith hereby substitutes Jeffrey S. Facter and Patrick D. Robbins and the law firm of Shearman & Sterling LLP as his attorneys of record in place of John Potter, Christopher Tayback, and Michael Lifrak and the law firm of Quinn Emanuel Urquhart Oliver & Hedges LLP. The address of Shearman & Sterling LLP is 525 Market Street, Suite 1500, San Francisco, California 94105. Its telephone numbers are (415) 616-1100 (voice) and (415) 616-1199 (fax). Mr. Facter and Mr. Robbins are admitted to practice before this Court.

Dated: March 16, 2006

I consent to the substitution of counsel.

By: _____
Douglas P. Smith

Dated: March 13, 2006

I have given proper notice and further consent to the above substitution.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
John Potter

Dated: March 7, 2006

I consent to the substitution of counsel.

SHEARING & STERLING LLP

By: _____
Jeffrey S. Facter

| DEF. DOUGLAS P. SMITH'S NOT. OF SUBSTITUTION OF COUNSEL | 1 | CASE NO.: C-05-4642 JF (PVT) |

256181

1
2    IT IS SO ORDERED.

**ORDER**

3    Dated: March 23, 2006

_____
HON. JEREMY FOGEL

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| DEF. DOUGLAS P. SMITH'S NOT. OF SUBSTITUTION OF COUNSEL | 2 | CASE NO.: C-05-4642 JF (PVT) |

256181