**E-filed 4/27/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KORHELY, | CASE NO. 3:05-cv-04642-JF (PVT) |
| Plaintiff, | |
| v. | STIPULATION AND [P~~ROPOSED~~] ORDER RE: CONTINUATION OF CASE MANAGEMENT CONFERENCE |
| BRAD BOSTON, *et al.*, | |
| Defendants, | |
| and | |
| MERCURY INTERACTIVE CORPORATION, | DATE: May 5, 2006<br>TIME: 10:00 a.m.<br>COURTROOM: 3, 5th Floor<br>JUDGE: Hon. Jeremy Fogel |
| Nominal Defendant. | |

1  WHEREAS, on April 6, 2006, nominal defendant Mercury Interactive Corporation ("Mercury") filed a Motion to Stay Proceedings Pending the Special Litigation Committee's Investigation. Mercury's motion is noticed for hearing on May 12, 2006.

WHEREAS, by stipulation entered March 21, 2006, Plaintiffs' consolidated amended complaint is due May 22, 2006.

WHEREAS, a Case Management Conference is currently scheduled for May 5, 2006.

WHEREAS, the parties have resolved and agreed that the Case Management Conference would be more productive if it were held after the Court has heard Mercury's motion to stay proceedings and after the operative complaint is on file. Therefore the parties respectfully request that the Case Management Conference be continued from May 5, 2006 to May 26, 2006.

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES AND ORDERED:

The Case Management Conference currently set for May 5, 2006 is CONTINUED to May 26, 2006 at 10:00 a.m.

DATED: April 12, 2006

HELLER EHRMAN LLP
SARA B. BRODY
NICOLE ACTON JONES


_____
SARA B. BRODY

333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6032
Facsimile: 415/772-6268

HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: 650/324-7000
Facsimile: 650/324-0638

*Counsel for Defendants Mercury Interactive Corp., Clyde Ostler, Brad Boston, and Anthony Zingale*

| | | |
|---|---|---|
| 1 | DATED: April 7, 2006 | WOLF HALDENSTEIN ADLER |
| 2 | | FREEMAN & HERZ LLP |
| | | FRANCIS M. GREGOREK |
| 3 | | BETSY C. MANIFOLD |
| | | FRANCIS A. BOTTINI, JR. |
| 4 | | RACHELE R. RICKERT |

*Betsy C. Manifold* (signature)

BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Chair of Plaintiffs' Executive Committee*

DATED: April __, 2006

KIRKPATRICK LOCKHART NICHOLSON
& GRAHAM LLP
JONATHAN COHEN
ROBYN CALLAHAN

_____
JONATHAN COHEN

Four Embarcadero Center, 10th Floor
San Francisco CA 94111
Telephone: 415/249-1000
Facsimile: 415/249-1001

JONES DAY
JOHN CLINE
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/875-5812
Facsimile: 415/875-5700

SULLIVAN & WORCESTER LLP
FRANKLIN VELIE
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/660-3037
Facsimile: 212/660-3001

*Counsel for Defendant Amnon Landan*

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

- 3 -

| | | |
|---|---|---|
| 1 | DATED: April __, 2006 | WOLF HALDENSTEIN ADLER |
| 2 | | FREEMAN & HERZ LLP |
| | | FRANCIS M. GREGOREK |
| 3 | | BETSY C. MANIFOLD |
| | | FRANCIS A. BOTTINI, JR. |
| 4 | | RACHELE R. RICKERT |

_____

BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, California 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Chair of Plaintiffs' Executive Committee*

DATED: April 11, 2006

KIRKPATRICK LOCKHART NICHOLSON
   & GRAHAM LLP
JONATHAN COHEN
ROBYN CALLAHAN

_____

JONATHAN COHEN

Four Embarcadero Center, 10th Floor
San Francisco CA 94111
Telephone: 415/249-1000
Facsimile: 415/249-1001

JONES DAY
JOHN CLINE
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415/875-5812
Facsimile: 415/875-5700

SULLIVAN & WORCESTER LLP
FRANKLIN VELIE
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/660-3037
Facsimile: 212/660-3001

*Counsel for Defendant Amnon Landan*

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

| | |
|---|---|
| DATED: April 11, 2006 | SHEARMAN & STERLING LLP<br>JEFFREY FACTER<br>PATRICK ROBBINS<br>ALICIA HUFFMAN<br><br>_____<br>JEFFREY FACTER<br><br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: 415/875-6600<br>Facsimile: 415/875-6700<br><br>*Counsel for Defendant Douglas P. Smith* |
| DATED: April __, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>JAMES KRAMER<br>TODD SCOTT<br><br>_____<br>JAMES KRAMER<br><br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone: 415/773-5610<br>Facsimile: 415/773-5759<br><br>*Counsel for Defendant Susan Skaer* |
| DATED: April __, 2006 | KEKER & VAN NEST LLP<br>JAN NIELSEN LITTLE<br>ASIM BHANSALI<br>BENEDICT HUR<br><br>_____<br>JAN NIELSEN LITTLE<br><br>710 Sansome Street<br>San Francisco, CA 94111<br>Telephone: 415/391-5400<br>Facsimile: 415/397-7188 |

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

| | | |
|---|---|---|
| 1 | DATED: April __, 2006 | SHEARMAN & STERLING LLP |
| 2 | | JEFFREY FACTER<br>PATRICK ROBBINS<br>ALICIA HUFFMAN |

_____
JEFFREY FACTER

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Douglas P. Smith*

DATED: April 11, 2006        ORRICK, HERRINGTON & SUTCLIFFE LLP
                             JAMES KRAMER
                             TODD SCOTT

_____
JAMES KRAMER

The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: 415/773-5610
Facsimile: 415/773-5759

*Counsel for Defendant Susan Skaer*

DATED: April __, 2006        KEKER & VAN NEST LLP
                             JAN NIELSEN LITTLE
                             ASIM BHANSALI
                             BENEDICT HUR

_____
JAN NIELSEN LITTLE

710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400
Facsimile: 415/397-7188

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

- 4 -

| | | |
|---|---|---|
| 1 | DATED: April __, 2006 | SHEARMAN & STERLING LLP<br>JEFFREY FACTER<br>PATRICK ROBBINS<br>ALICIA HUFFMAN |

_____
JEFFREY FACTER

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415/875-6600
Facsimile: 415/875-6700

*Counsel for Defendant Douglas P. Smith*

DATED: April __, 2006

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES KRAMER
TODD SCOTT

_____
JAMES KRAMER

The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: 415/773-5610
Facsimile: 415/773-5759

*Counsel for Defendant Susan Skaer*

DATED: April 10, 2006

KEKER & VAN NEST LLP
JAN NIELSEN LITTLE
ASIM BHANSALI
BENEDICT HUR

_____
ASIM BHANSALI

710 Sansome Street
San Francisco, CA 94111
Telephone: 415/391-5400
Facsimile: 415/397-7188

STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)

- 4 -

```
 1                                    PAUL WEISS
                                      ERIC S. GOLDSTEIN
 2                                    MARK F. POMERANTZ
                                      1285 Avenue of the Americas
 3                                    New York, NY 10019-6064
                                      Telephone: 212-373-3000
 4                                    Facsimile: 212-757-3990

 5                                    Counsel for Defendants Igal Kohavi, Giora Yaron
                                      and Yair Shamir
 6
      DATED: April /0, 2006           TOPEL & GOODMAN
 7                                    WILLIAM M. GOODMAN
                                      ANDREA DESHAZO
 8

 9                                            [signature]
                                      _____
10                                            WILLIAM M. GOODMAN    by APD

11                                    50 California Street, 22nd Floor
                                      San Francisco, California 94111
12                                    Telephone: 415/875-6600
                                      Facsimile: 415/875-6700
13
                                      Counsel for Defendant Bryan LeBlanc
14
      DATED: April __, 2006           WILSON SONSINI GOODRICH & ROSATI
15                                    JARED KOPEL

16

17                                    _____
                                              JARED KOPEL
18

19                                    50 California Street, 22nd Floor
                                      San Francisco, California 94111
20                                    Telephone: 415/875-6600
                                      Facsimile: 415/875-6700
21                                    Counsel for Defendant Kenneth Klein

22
            IT IS SO ORDERED.
23
                                              [signature]
            DATED  4/27/06            _____
24                                            HONORABLE JEREMY FOGEL
25

26

27

28

      STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)
                                                                                 - 5 -
```

```
 1                                      PAUL WEISS
                                        ERIC S. GOLDSTEIN
 2                                      MARK F. POMERANTZ
                                        1285 Avenue of the Americas
 3                                      New York, NY 10019-6064
                                        Telephone: 212-373-3000
 4                                      Facsimile:  212-757-3990

 5                                      Counsel for Defendants Igal Kohavi, Giora Yaron
                                        and Yair Shamir
 6
    DATED: April __, 2006               TOPEL & GOODMAN
 7                                      WILLIAM M. GOODMAN
                                        ANDREA DESHAZO
 8

 9
                                        _____
10                                               WILLIAM M. GOODMAN

11                                      50 California Street, 22nd Floor
                                        San Francisco, California 94111
12                                      Telephone: 415/875-6600
                                        Facsimile:  415/875-6700
13
                                        Counsel for Defendant Bryan LeBlanc
14
    DATED: April __, 2006               WILSON SONSINI GOODRICH & ROSATI
15                                      JARED KOPEL

16
                                              /s/ Jared Kopel
17                                      _____
                                                    JARED KOPEL
18

19                                      50 California Street, 22nd Floor
                                        San Francisco, California 94111
20                                      Telephone: 415/875-6600
                                        Facsimile:  415/875-6700
21                                      Counsel for Defendant Kenneth Klein

22
         IT IS SO ORDERED.
23

24  DATED _____
                                        _____
25                                               HONORABLE JEREMY FOGEL

26

27

28

    STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:05-cv-04642-JF (PVT)
```