**E-filed 5/1/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. DERIVATIVE LITIGATION | Case No. 05-cv-04642-JF (PVT) <br><br>**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY STAY AND NOTICE OF WITHDRAWAL OF MOTION** <br><br>DATE:  May 12, 2006 <br>TIME:  9:00 a.m. <br>COURTROOM: 3, 5th Floor <br>JUDGE:  Hon. Jeremy Fogel |

Heller
Ehrman LLP

STIPULATION RE DISCOVERY STAY AND NOTICE OF WITHDRAWAL OF MOTION;
CASE NO. 05-CV-04642-JF (PVT)

1   WHEREAS, on April 6, 2006, nominal defendant Mercury Interactive Corporation ("Mercury") filed a Motion to Stay Proceedings Pending the Special Litigation Committee's Investigation. The motion was noticed for hearing in this Court on May 12, 2006, at 9:00 a.m. before the Honorable Jeremy Fogel.

WHEREAS, on April 27, 2006, Mercury and the Plaintiffs reached an agreement resolving the motion. Plaintiffs agreed to voluntarily stay discovery until May 31, 2006, when the Special Litigation Committee is expected to release its report. In return, Mercury agreed to withdraw its pending stay motion and further agreed to respond to Plaintiffs' pending discovery by June 30, 2006. Mercury agreed that its response will not include an objection on the ground that discovery is premature due to the Special Litigation Committee investigation.

WHEREAS, on April 13, 2006, the parties submitted a stipulation to continue the CMC scheduled for May 5, 2006 until May 26, 2006 so that Mercury's motion to stay proceedings could be heard prior to the CMC. Given that Mercury has withdrawn its motion to stay, the parties withdraw their previously submitted stipulation and agree that the CMC should go forward on May 5, 2006 as originally scheduled.

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES AND ORDERED:

All discovery in this consolidated derivative action shall be STAYED until May 31, 2006. Mercury's motion to stay proceedings, filed April 7, 2006, and the parties stipulation to continue the CMC, submitted April 13, 2006 are hereby WITHDRAWN. The CMC in this matter shall go forward as scheduled on May 5, 2006, at 10:00 a.m.

Dated: April 27, 2006                     HELLER EHRMAN LLP


                                          By: /s/ Sara B. Brody
                                              Sara B. Brody

                                          Attorneys for Nominal Defendant
                                          Mercury Interactive Corp.

Heller Ehrman LLP

1

STIPULATION RE DISCOVERY STAY AND NOTICE OF WITHDRAWAL OF MOTION;
CASE NO. 05-CV-04642-JF (PVT)

| | | |
|---|---|---|
| 1 | Dated: April 27, 2006 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |

By: *[signature]*
Betsy C. Manifold

*Chair of Plaintiffs' Executive Committee*

**IT IS SO ORDERED.**

DATED: 5/1/06

*[signature]*
HONORABLE JEREMY FOGEL