**E-Filed 5/17/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. DERIVATIVE LITIGATION, | Case Number C 05-4642 JF (PVT) |
| TERRY KLEIN,<br><br>   Plaintiff,<br><br>   v.<br><br>AMNON LANDON,<br><br>   Defendant. | Case Number C 06-2971 JSW<br><br>ORDER RELATING CASES |

    The Court concludes that Case No. C 05-4642 JF (PVT) and Case No. C 06-2971 JSW ARE RELATED. The Clerk's Office SHALL reassign the later-filed case to the undersigned, with a referral to Magistrate Judge Trumbull for discovery matters.

    The Court has considered Plaintiff Terry Klein's opposition to relation or consolidation of cases, and finds a number of the points contained therein to be well-taken. The Court clarifies that it is *not* consolidating the cases, but rather is relating them for case management purposes. Plaintiff Klein's counsel may continue to prosecute the Klein action on behalf of their client.

1  This ruling is without prejudice to any party bringing a properly noticed motion for
2  consolidation of the actions pursuant to Civil Local Rule 7-1.
3  IT IS SO ORDERED.

8  DATED: 5/17/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 05-4642 JF (PVT) / C 06-2971 JSW
ORDER RELATING CASES
(JFLC2)

1  Copies of Order served on:

2  Norman J. Blears     nblears@hewm.com, susan.griffin-preston@hellerehrman.com; yvonne.somek@hellerehrman.com

3

4  Jonathan Herschel Bornstein     jonathan@bornsteinandbornstein.com

5  Sara B. Brody     sbrody@hewm.com

6  John D. Cline     jcline@jonesday.com, tmdanowski@jonesday.com; pdavids@jonesday.com; zanderson@jonesday.com

7  Kirk Andrew Dublin     kdublin@jonesday.com, tmdanowski@jonesday.com; jcline@jonesday.com; emilstein@jonesday.com

8

9  Jeffrey S. Facter     jfacter@shearman.com, cflood@shearman.com; rcheatham@shearman.com

10  Frank James Johnson     frank@johnsonlawfirmapc.com, brett@johnsonlawfirmapc.com

11  Betsy C. Manifold     manifold@whafh.com

12  Elise Natalie Milstein     emilstein@jonesday.com, mcassidy@jonesday.com

13  Patrick D. Robbins     probbins@shearman.com

14  Eric L. Zagar     ezagar@sbclasslaw.com

15  Stephen Lyle Porter     slp@wpglaw.com,

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-4642 JF (PVT) / C 06-2971 JSW
ORDER RELATING CASES
(JFLC2)