**E-filed 6/13/06**

1  FRANCIS M. GREGOREK (144785)
   BETSY C. MANIFOLD (182450)
2  FRANCIS A. BOTTINI, JR. (175783)
   RACHELE R. RICKERT (190634)
3  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
4  Symphony Tower
   750 B Street, Suite 2770
5  San Diego, CA 92101
   Telephone:  619/239-4599
6  Facsimile:  619/234-4599

7  Chairman, Plaintiffs' Executive Committee

8  [Additional Counsel Appear On Signature Page]

9

10                     **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12                           **SAN JOSE DIVISION**

13  IN RE MERCURY INTERACTIVE CORP.        )   CASE NO.  3:05-cv-04642 JF (PVT)
    DERIVATIVE LITIGATION                  )
14                                         )   STIPULATION TO STAY PROCEEDINGS
                                           )   IN CONSOLIDATED FEDERAL
15                                         )   DERIVATIVE ACTIONS PENDING
                                           )   OUTCOME OF THE CALIFORNIA
16                                         )   DERIVATIVE ACTIONS
                                           )
17                                         )
                                           )
18                                         )
                                           )
19                                         )   DATE:
                                           )   TIME:
20                                         )   COURTROOM:   3, 5th Floor
                                           )   JUDGE:          Honorable Jeremy Fogel
21  _____  )

22

23

24

25

26

27

28

1    WHEREAS, plaintiffs, proceeding derivatively on behalf of Mercury Interactive

2  Corporation ("Mercury," filed a [Corrected] Consolidated Amended Derivative Complaint

3  ("Amended Complaint") in this action on May 22, 2006;

4    WHEREAS, defendants in the consolidated federal derivative actions must file their

5  response to the Amended Complaint on July 21, 2006;

6    WHEREAS, parallel consolidated derivative actions are pending in the Superior Court of

7  Santa Clara County for the State of California consolidated under the action, *In re Mercury*

8  *Interactive Corp. Derivative Litig.*, Case No. 05-cv-050710 ("California Derivative Actions");

9    WHEREAS, two additional derivative cases are pending in the Chancery Court in the State

10  of Delaware, entitled *Schwartz v. Landan,* Civ. No.  A-1755-N, and *Cropper v. Landan,* Civ. No.

11  A-1938-N, and Nominal Defendant Mercury has moved to stay these two derivatives cases in

12  favor of the California Derivative Actions; and

13    WHEREAS, the parties have agreed that it is in the best interest of judicial economy and

14  the resources of the parties to stay the federal consolidated derivative actions pending the outcome

15  of the California Derivative Actions;

16    IT   IS   HEREBY   STIPULATED   AND   AGREED   BY   AND   AMONG   THE

17  UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

18    1.    The federal consolidated derivative actions are stayed pending the outcome of the

19  California Derivative Actions.

20  DATED:   June  8 , 2006

        WOLF HALDENSTEIN ADLER
            FREEMAN & HERZ LLP
21      FRANCIS M. GREGOREK
        BETSY C. MANIFOLD
22      FRANCIS A. BOTTINI, JR. '
        RACHELE R. RICKERT
23      *Betsy C Manifold*
            BETSY C. MANIFOLD
24

25      750 B Street, Suite 2770
        San Diego, CA 92101
26      Telephone:  619/239-4599
        Facsimile:  619/234-4599

27      Chairman, Plaintiffs' Executive Committee

28
STIPULATION TO STAY PROCEEDINGS - CASE NO. 3:05-cv-04642 JF (PVT)

                                                                        - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WECHSLER HARWOOD LLP
ROBERT HARWOOD
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: 212/935-7400
Facsimile:  212/753-3630

MILBERG WEISS BERSHAD
   & SHULMAN LLP
JEFFREY S. WESTERMAN
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-1200
Facsimile:  213/617-1975

SCHIFFRIN & BARROWAY LLP
ERIC ZAGAR
280 King of Prussia Road
Radnor, PA 19807
Telephone: 610/667-7706
Facsimile:  610/667-7056

Plaintiffs' Executive Committee

DATED: June __, 2006

HELLER EHRMAN LLP
SARA B. BRODY
HOWARD CARO
NICOLE ACTON JONES

_Sara B. Brody_ /s/
SARA B. BRODY

333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6032
Facsimile:  415/772-6268

HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: 650/324-7000
Facsimile:  650/324-0638

*Counsel for Defendants Mercury Interactive Corp.,
Clyde Ostler, Brad Boston, and Anthony Zingale*

STIPULATION TO STAY PROCEEDINGS - CASE NO. 3:05-cv-04642 JF (PVT)

- 2 -

1   DATED: June _8_, 2006

JONES DAY
JOHN CLINE
KIRK DUBLIN


_____Kirk Dublin /enc_____
KIRK DUBLIN

555 California Street, 26th Floor
San Francisco, CA
Telephone:  415/875-5812
Facsimile:  415/875-5700

WINSTON & STRAWN  LLP
JONATHAN COHEN
101 California St.
San Francisco CA 94111
Telephone: 415/591-1483
Facsimile:  415/591-1400

SULLIVAN & WORCESTER LLP
FRANKLIN VELIE
ANDREW SOLOMON
1290 Avenue of the Americas
New York, NY 10104
Telephone:  212/660-3037
Facsimile:  212/660-3001

*Counsel for Defendant Amnon Landan*

DATED:  June __, 2006

SHEARMAN & STERLING
JEFFREY S. FACTER
PATRICK D. ROBBINS


_____
JEFFREY S. FACTER

525 Market Street
San Francisco, CA 94105
Telephone:  415/616-1000
Facsimile:  415/616-1199

*Counsel for Defendant Douglas P. Smith*

STIPULATION TO STAY PROCEEDINGS - CASE NO. 3:05-cv-04642 JF (PVT)

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: June __, 2006

JONES DAY
JOHN CLINE
KIRK DUBLIN

_____
KIRK DUBLIN

555 California Street, 26th Floor
San Francisco, CA
Telephone:  415/875-5812
Facsimile:   415/875-5700

WINSTON & STRAWN  LLP
JONATHAN COHEN
101 California St.
San Francisco CA 94111
Telephone: 415/591-1483
Facsimile: 415/591-1400

SULLIVAN & WORCESTER LLP
FRANKLIN VELIE
ANDREW SOLOMON
1290 Avenue of the Americas
New York, NY 10104
Telephone:  212/660-3037
Facsimile:   212/660-3001

*Counsel for Defendant Amnon Landan*

DATED: June _8_, 2006

SHEARMAN & STERLING
JEFFREY S. FACTER
PATRICK D. ROBBINS

_____
JEFFREY S. FACTER

525 Market Street
San Francisco, CA 94105
Telephone:  415/616-1000
Facsimile:   415/616-1199

*Counsel for Defendant Douglas P. Smith*

STIPULATION TO STAY PROCEEDINGS - CASE NO. 3:05-cv-04642 JF (PVT)

- 3 -

DATED:  June 8, 2006                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        JAMES KRAMER
                                        TODD SCOTT

                                        _____ /vmts/
                                              JAMES KRAMER

                                        The Orrick Building
                                        405 Howard Street
                                        San Francisco, California 94105
                                        Telephone: 415/773-5610
                                        Facsimile:  415/773-5759

                                        *Counsel for Defendant Susan Skaer*

DATED:  June __, 2006                   KEKER & VAN NEST LLP
                                        JAN NIELSEN LITTLE
                                        ASIM BHANSALI


                                        _____
                                              ASIM BHANSALI

                                        710 Sansome Street
                                        San Francisco, CA 94111
                                        Telephone:  415/391-5400
                                        Facsimile:  415/397-7188

                                        PAUL WEISS
                                        MARK F. POMERANTZ
                                        ERIC S. GOLDSTEIN
                                        ROBERTO FINZI
                                        1285 Avenue of the Americas
                                        New York, NY 10019-6064
                                        Telephone:  212/373-3000
                                        Facsimile:  212/757-3990

                                        *Counsel for Defendants Igal Kohavi, Giora Yaron
                                        and Yair Shamir*

MERCURY:  13406.STIP

STIPULATION TO STAY PROCEEDINGS - CASE NO. 3:05-cv-04642 JF (PVT)

- 4 -

1   DATED: June __, 2006          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                   JAMES KRAMER
2                                  TODD SCOTT

3

4                                  _____
                                   JAMES KRAMER
5
                                   The Orrick Building
6                                  405 Howard Street
                                   San Francisco, California 94105
7                                  Telephone: 415/773-5610
                                   Facsimile: 415/773-5759
8
                                   *Counsel for Defendant Susan Skaer*
9
     DATED: June 8, 2006           KEKER & VAN NEST LLP
10                                 JAN NIELSEN LITTLE
                                   ASIM BHANSALI
11

12

13                                 _____
                                   ASIM BHANSALI
14
                                   710 Sansome Street
15                                 San Francisco, CA 94111
                                   Telephone:  415/391-5400
16                                 Facsimile: 415/397-7188

17                                 PAUL WEISS
                                   MARK F. POMERANTZ
18                                 ERIC S. GOLDSTEIN
                                   ROBERTO FINZI
19                                 1285 Avenue of the Americas
                                   New York, NY 10019-6064
20                                 Telephone: 212/373-3000
                                   Facsimile:  212/757-3990
21
                                   *Counsel for Defendants Igal Kohavi, Giora Yaron*
22                                 *and Yair Shamir*

23   6/13/06  IT IS SO ORDERED.

24
     MERCURY: 13406.STIP
25
                                   _____
26                                 Judge Jeremy Fogel, US District Court

27

28
     STIPULATION TO STAY PROCEEDINGS - CASE NO. 3:05-cv-04642 JF (PVT)

                                                                        - 4 -

## DECLARATION OF SERVICE

I, BORANY T. REINBOLD, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.      That on June 9, 2006, declarant served **STIPULATION TO STAY PROCEEDINGS IN CONSOLIDATED FEDERAL DERIVATIVE ACTIONS PENDING OUTCOME OF THE CALIFORNIA DERIVATIVE ACTIONS** via the CM/ECF System to the parties so indicated on the attached service list, who are registered participants of the CM/EMF System.

3.      That on June 9, 2006, declarant served the parties so indicated on the attached service list, who are not registered participants of the CM/ECF System, via U.S. Mail.

4.      That there is regular communication by mail, facsimile, and electronic mail within this office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of June 2006, at San Diego, California.


_____
BORANY T. REINBOLD

STIPULATION TO STAY PROCEEDINGS - CASE NO. 3:05-cv-04642 JF (PVT)

- 5 -

MERCURY INTERACTIVE
Service List — June 9, 2006
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
  619/239-4599
  619/234-4599 (fax)
manifold@whafh.com
rickert@whafh.com

** Mark C. Rifkin
 Demet Basar
 WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
 270 Madison Avenue
 New York, NY 10016
  212/545-4600
  212/545-4653 (fax)
 rifkin@whafh.com
 basar@whafh.com

** Robert I. Harwood
 Matthew M. Houston
 WECHSLER HARWOOD LLP
 488 Madison Avenue, 8th Floor
 New York, NY 10022
  212/935-7400
  212/753-3630 (fax)
 rharwood@whesq.com
 mhouston@whesq.com

** Jeff S. Westerman
 MILBERG WEISS BERSHAD
  & SCHULMAN LLP
 355 South Grand Avenue, Suite 4170
 Los Angeles, CA 90071
  213/617-1200
  213/617-1975 (fax)
 jwesterman@milbergweiss.com

** Peter E. Seidman
 Andrei V. Rado
 MILBERG WEISS BERSHAD
  & SCHULMAN LLP
 One Pennsylvania Plaza
 New York, NY 10119
  212/594-5300
  212/868-1229 (fax)
 sschulman@milbergweiss.com
 pseidman@milbergweiss.com
 arado@milbergweiss.com

* Jonathan Herschel Bornstein
 Kathryn Quetel
 BORNSTEIN & BORNSTEIN
 2590 Geary Boulevard
 San Francisco, CA 94115-3318
  415/409-7611
  415/409-9345 (fax)
 jonathan@bornsteinandbornstein.com

** Douglas M. Leavitt
 DANZIGER SHAPIRO & LEAVITT PC
 2101 Pine Street, Third Floor
 Philadelphia, PA 19103
  215/545-4830
  215/545-6710 (fax)
 leavitt@ds-l.com

* Frank J. Johnson
 JOHNSON LAW FIRM APC
 402 West Broadway, Suite 2700
 San Diego, CA 92101
  619/230-0063
  619/230-1839 (fax)
 frank@johnsonlawfirmapc.com

** Alfred Glenn Yates, Jr.
 LAW OFFICE OF ALFRED G. YATES JR., P.C.
 519 Allegheny Building
 429 Forbes Avenue
 Pittsburgh, PA 15219
  412/391-5164
  412/471-1033 (fax)
 yateslaw@aol.com

*  Indicates those parties served electronically via the CM/ECF System
**  Indicates those parties served via U.S. Mail

MERCURY INTERACTIVE
Service List — June 9, 2006
Page 2

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| ** Joe Kendall<br>Willie C. Briscoe<br>PROVOST & UMPHREY LAW FIRM, LLP<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX 75204<br>214/744-3000<br>214/744-3015 (fax) | ** Melinda Haag<br>James Kramer<br>Todd Scott<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105<br>415/773-5610<br>415/773-5759 (fax)<br>tscott@orrick.com<br>jkramer@orrick.com |
| * Mark A. Topaz<br>Eric L. Zagar<br>SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>610/667-7706<br>610/667-7056 (fax)<br>ezagar@sbclasslaw.com<br>mtopaz@sbclasslaw.com | *Attorneys for Defendant Susan Skaer* |
| ** Joshua M. Lifshitz<br>BULL & LIFSHITZ<br>18 East 41st Street, 11th Floor<br>New York, NY 10017<br>212/213-6222<br>516/205-6823 (fax)<br>jml@nyclasslaw.com | ** Eric S. Goldstein<br>Mark F. Pomerantz<br>PAUL WEISS<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3000<br>212-757-3990 (fax)<br>egoldstein@paulweiss.com<br>mpomerzntz@paulweiss.com |
| * Stephen Lyle Porter<br>WHITEHEAD PORTER & GORDON LLP<br>200 Montgomery Street, Suite 1850<br>San Francisco, CA 94104<br>415/781-6070<br>415/788-6521 (fax)<br>slp@wpglaw.com | **Jan Nielsen Little<br>Asim Bhansali<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, California 94111<br>415/391-5400<br>415/397-7188 (Fax)<br>jlittle@kvn.com<br>abhansali@kvn.com |
| **Glenn F. Ostranger<br>OSTRANGER CHONG & FLAHERTY LLP<br>825 Third Avenue<br>New York, NY 10022<br>212/826-6565<br>212/826-5909 (fax) | *Attorneys for Defendants Igal Kohavi, Giora Yaron and Yair Shamir* |
| **Paul D. Wexler<br>BRAGAR WEXLER EAGEL<br>& MORGENSTEIN LLP<br>885 Third Avenue<br>New York, NY 10022<br>212/308-5858<br>212/486-0462 (fax) | **William Goodman<br>Andrea DeShazo<br>TOPEL & GOODMAN<br>832 Sansome Street, 4th Floor<br>San Francisco, CA 94111<br>415/421-6140<br>415/398-5030 (fax)<br>wmg@topelgoodman.com<br>apd@topelgoodman.com |
|  | *Attorneys for Defendant Bryan LeBlanc* |

*     Indicates those parties served electronically via the CM/ECF System
**    Indicates those parties served via U.S. Mail

MERCURY INTERACTIVE
Service List — June 9, 2006
Page 3

<u>COUNSEL FOR DEFENDANTS</u>

\*   Sara Brody
    Nicole Acton Jones
    HELLER EHRMAN LLP
    333 Bush Street
    San Francisco, CA 94104
        415/772-6032
        415/772-6268 (fax)
    sara.brody@hellerehrman.com
    nicole.jones@hellerehrman.com

\*   Norman J. Blears
    HELLER EHRMAN LLP
    275 Middlefield Road
    Menlo Park, CA 94025-3506
        650/324-7000
        650/324-0638 (fax)
    norman.blears@hellerehrman.com

*Attorneys for Defendants Mercury Interactive, Clyde Ostler, Brad Boston, and Anthony Zingale*

\*    Jeffrey S. Facter
    Patrick D. Robbins
    SHEARMAN & STERLING LLP
    525 Market Street
    San Francisco, CA 94105
        415/616-1000
        415/616-1199 (fax)
    jfacter@shearman.com
    probbins@shearman.com

*Attorneys for Defendant Douglas P. Smith*

\*   Kirk A. Dublin
    John D. Cline
    Elise N. Milstein
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
        415/875-5812
        415/875-5700 (fax)
    kdublin@jonesday.com
    jcline@jonesday.com
    emilstein@jonesday.com

\*\*   Jonathan M. Cohen
    WINSTON & STRAWN LLP
    101 California St.
    San Francisco CA 94111
        415/591-1483
        415/591-1400 (fax)
    jcohen@winston.com

\*\*Franklin Velie
    Andrew Solomon
    SULLIVAN & WORCESTER LLP
    1290 Avenue of the Americas
    New York, NY 10104
        212/660-3037
        212/660-3001 (fax)
    fvelie@sandw.com
    asolomon@sandw.com

*Attorneys for Defendant Amnon Landan*

\*\*Jared L. Kopel
    WILSON, SONSINI, GOODRICH & ROSATI
    650 Page Mill Road
    Palo Alto, CA 94304-1050
        650/493-9300
        650/493-6811 (fax)
    jkopel@wsgr.com

*Attorneys for Defendant Kenneth Klein*

\*       Indicates those parties served electronically via the CM/ECF System
\*\*     Indicates those parties served via U.S. Mail