**E-filed 6/27/06**

1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

11 | IN RE MERCURY INTERACTIVE CORP. ) LEAD CASE NO.  05-3395 JF (PVT)

12 | SECURITIES LITIGATION; )

13 | This Document Relates To:

14 | ALL ACTIONS

| **STIPULATION AND [PROPOSED]**
| **ORDER TO CONTINUE CASE**
| **MANAGEMENT CONFERENCE**

15

16 | DATE:           July 7, 2006

17 | TIME:           10:30 a.m.
COURTROOM:   3, 5th Floor
JUDGE:           Honorable Jeremy Fogel

18 | IN RE MERCURY INTERACTIVE CORP. ) LEAD CASE NO. 05-04642 JF (PVT)

19 | DERIVATIVE LITIGATION; )

20 | This Document Relates To:

21 | ALL ACTIONS

22

23 | TERRY KLEIN, ) CASE NO. 06-2971 JF (PVT)

24 |                          Plaintiff,

25 |              v.

26 | AMNON LANDAN, et al.

27 |                          Defendants.

28

1    WHEREAS, there are three related actions currently pending before this Court: *In re*

2  *Mercury Interactive Corporation Securities Litigation*, Lead Case No. 05-3395 (the "Class

3  Action"), *In re Mercury Interactive Corporation Derivative Litigation*, Lead Case No. 05-4642

4  (the "Derivative Action"), and *Klein v. Landan*, Case No. 06-2971 (the "Section 16(b) Action");

5    WHEREAS, all three actions involve substantially the same parties and are currently

6  scheduled for a Case Management Conference ("CMC") on July 7, 2006;

7    WHEREAS, on June 6, 2006, the parties to the Section 16(b) Action stipulated to extend

8  defendants' time to respond to plaintiff's complaint until July 21, 2006;

9    WHEREAS, on June 7, 2006 a stipulation and order was entered whereby the Class Action

10  plaintiffs' consolidated amended complaint is due to be filed sometime between August 7 and

11  September 5, 2006;

12    WHEREAS, on June 13, 2006, a stipulation and order was entered by this Court staying all

13  proceedings in the Derivative Action pending resolution of a substantially similar action pending

14  in the Santa Clara County Superior Court;

15    WHEREAS, the parties agree that while it is in the best interest of judicial economy and

16  the resources of the parties that the CMC for all three actions be held simultaneously, a CMC

17  would be premature at this time given the above-described status of the three actions.

18  Accordingly, the parties agree that the CMC should be continued until after a consolidated

19  amended complaint has been filed in the Class Action.

20

21    IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE

22  UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

23    1.    The CMC currently scheduled for July 7, 2006 in the Class Action, Derivative

24  Action and Section 16(b) Action is hereby **CONTINUED** to September 8, 2006 at 10:30 a.m.

25

26

27                                          1

28
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

DATED:  June 22, 2006                 HELLER EHRMAN LLP


                                      _____
                                              /S/
                                      SARA B. BRODY
                                      HOWARD CARO
                                      NICOLE ACTON JONES

                                      333 Bush Street
                                      San Francisco, CA 94104
                                      Telephone: 415/772-6032
                                      Facsimile:  415/772-6268

                                      HELLER EHRMAN LLP
                                      Norman J. Blears
                                      275 Middlefield Road
                                      Menlo Park, CA  94025-3506
                                      Telephone: 650/324-7000
                                      Facsimile:  650/324-0638

                                      *Counsel for Defendants Mercury Interactive Corp.,
                                      Clyde Ostler, Brad Boston, Anthony Zingale, David
                                      Murphy and Yuval Scarlat*

DATED:  June 21, 2006                 SHEARMAN & STERLING


                                      _____
                                              /S/
                                      JEFFREY S. FACTER
                                      PATRICK D. ROBBINS

                                      525 Market Street
                                      San Francisco, CA 94105
                                      Telephone:  415/616-1000
                                      Facsimile:   415/616-1199

                                      *Counsel for Defendant Douglas P. Smith*

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

DATED:  June 21, 2006                    JONES DAY

1

2                                                    /S/
                                        _____
3                                       JOHN CLINE
                                        KIRK DUBLIN
4                                       ELISE MILSTEIN

5                                       555 California Street, 26th Floor
                                        San Francisco, CA
6                                       Telephone:  415/875-5812
                                        Facsimile:   415/875-5700
7

8                                       WINSTON & STRAWN  LLP
                                        Jonathan Cohen
9                                       101 California St.
                                        San Francisco CA 94111
10                                      Telephone: 415/591-1483
                                        Facsimile:  415/591-1400
11

12                                      SULLIVAN & WORCESTER LLP
                                        Franklin Velie
13                                      Andrew Solomon
                                        1290 Avenue of the Americas
14                                      New York, NY 10104
                                        Telephone:  212/660-3037
15                                      Facsimile:   212/660-3001

16
                                        *Counsel for Defendant Amnon Landan*
17
DATED:  June 21, 2006                    ORRICK, HERRINGTON & SUTCLIFFE LLP
18

19
                                                     /S/
20                                      _____
                                        JAMES KRAMER
21                                      TODD SCOTT

22                                      The Orrick Building
                                        405 Howard Street
23                                      San Francisco, California 94105
                                        Telephone: 415/773-5610
24                                      Facsimile:  415/773-5759

25                                      *Counsel for Defendant Susan Skaer*

26

27
                                                3
28
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1     DATED:  June 21, 2006          KEKER & VAN NEST LLP

2

3

4                                            _____
                                               /S/
                                        JAN NIELSEN LITTLE

5                                          ASIM BHANSALI

6                                          710 Sansome Street
                                         San Francisco, CA 94111

7                                          Telephone:  415/391-5400
                                         Facsimile:  415/397-7188

8

9                                          PAUL WEISS
                                         Mark F. Pomerantz

10                                          Eric S. Goldstein
                                         Roberto Finzi

11                                          1285 Avenue of the Americas
                                         New York, NY 10019-6064

12                                          Telephone:  212/373-3000
                                         Facsimile:  212/757-3990

13

14                                          *Counsel for Defendants Igal Kohavi, Giora Yaron and Yair Shamir*

15     DATED:  June 21, 2006          LAW OFFICES OF TOPEL & GOODMAN APC

16

17

18                                          _____
                                               /S/
                                         WILLIAM GOODMAN

19                                          ANDREA DESHAZO

20                                          832 Sansome Street, Fourth Floor
                                         San Francisco, CA  94111

21                                          Telephone:      (415) 421-6140
                                         Facsimile:      (415) 398-5030

22

23                                          *Counsel for Defendant Bryan LeBlanc*

24

25

26

27                                           4

28 STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1   DATED:  June 22, 2006                    FARELLA BRAUN + MARTEL LLP

2

3                                            _____
                                                        /S/
                                             DOUGLAS YOUNG
4                                            JAMES MANN

5                                            Russ Building
                                             235 Montgomery Street, 17th Floor
6                                            San Francisco, California 94104
                                             Telephone: 415/954-4400
7                                            Facsimile:  415/954-4480

8                                            *Counsel for Defendant Sharlene Abrams*

9   DATED:  June 22, 2006                    WILSON SONSINI GOODRICH & ROSATI

10

11                                           _____
                                                        /S/
12                                           JARED KOPEL

13                                           650 Page Mill Road
                                             Palo Alto, CA 94304-1050
14                                           Telephone:  650/493-9033
                                             Facsimile:   650/493-6811
15
                                             *Counsel for Defendant Kenneth Klein*
16

17

18

19

20

21

22

23

24

25

26

27                                                   5

28

1    DATED:  June 22, 2006                     GLANCY BINKOW & GOLDBERG LLP

2

3                                              _____/S/_____
                                               PETER A. BINKOW
4                                              MARC L. GODINO

5                                              1801 Avenue of the Stars, Suite 311
                                               Los Angeles, California 90067
6                                              Telephone:     (310) 201-9150
7                                              Facsimile:     (310) 201-9160

8                                              LABATON SUCHAROW & RUDOFF LLP
9                                              Joel H. Bernstein
                                               Christopher J. Keller
10                                             Conor R. Crowley
                                               100 Park Avenue
11                                             New York, New York 10017
12                                             Telephone:     (212) 907-0700
                                               Facsimile:     (212) 818-0477
13
                                               *Co-Lead Counsel for Plaintiff the Mercury Pension*
14                                             *Fund Group and the Class*

15                                             LAW OFFICE OF PETER G. ANGELOS, P.C.
16                                             H. Russell Smouse
                                               Glenn E. Mintzer
17                                             One Charles Center
18                                             100 N. Charles Street
                                               Baltimore, Maryland 21201
19                                             Telephone:     (800) 556-5522
20                                             Facsimile:     (410) 649-2110

21                                             MILLER LAW FIRM PC
22                                             E. Powell Miller
                                               Jayson Blake
23                                             950 West University Drive, Suite 300
                                               Rochester, Michigan 48307
24                                             Telephone:     (248) 841-2200
                                               Facsimile:     (248) 652-2852
25

26

27                                                     6

28
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1   VANOVERBEKE MICHAUD & TIMMONY, P.C.
    Michael VanOverbeke
2   79 Alfred Street
    Detroit, Michigan 48201
3   Telephone: (313) 578-1200
    Facsimile: (313) 578-1201
4
5   *Counsel for the Mercury Pension Fund Group*

6
    DATED:   June 22, 2006         WOLF HALDENSTEIN ADLER
7                                     FREEMAN & HERZ LLP
8
9                              _____/S/_____
                                    RACHELE R. RICKERT
10
11  750 B Street, Suite 2770
    San Diego, CA 92101
12  Telephone:  619/239-4599
    Facsimile:   619/234-4599
13
    *Chairman, Derivative Plaintiffs' Executive*
14  *Committee*
15  WECHSLER HARWOOD LLP
    Robert Harwood
16  488 Madison Avenue, 8th Floor
    New York, NY 10022
17  Telephone:  212/935-7400
    Facsimile:   212/753-3630
18
19  MILBERG WEISS BERSHAD & SHULMAN LLP
    Jeffrey S. Westerman
20  355 S. Grand Avenue, Suite 4170
    Los Angeles, CA 90071
21  Telephone: 213/617-1200
    Facsimile:  213/617-1975
22
23  SCHIFFRIN & BARROWAY LLP
    Eric Zagar
24  280 King of Prussia Road
    Radnor, PA 19807
25  Telephone: 610/667-7706
    Facsimile:  610/667-7056
26
    *Derivative Plaintiffs' Executive Committee*
27
                                     7
28
    STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
    CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1   DATED:  June 21, 2006                    WHITEHEAD & PORTER LLP

2

3                                            _____/S/_____
                                                   STEPHEN L. PORTER
4
                                             220 Montgomery Street, Suite 1850
5                                            San Francisco, CA 94104
                                             Telephone: 415/781-6070
6                                            Facsimile:  415/788-6521

7                                            *Local Counsel for Plaintiff Terry Klein*

8                                            BRAGAR WEXLER & EAGEL, P.C.
                                             Paul D. Wexler
9                                            885 Third Avenue
                                             New York, NY  10022
10                                           Telephone: 212/308-5858
                                             Facsimile:  212/486-0462
11
                                             OSTRAGER CHONG FLAHERTY & BROITMAN
12                                           Glenn F. Ostrager
                                             250 Park Avenue, Suite 825
13                                           New York, NY  10177
                                             Telephone: 212/681-0600
14                                           Facsimile:  212/681-0300

15
                                             *Counsel for Plaintiff Terry Klein*
16

17
        I, Nicole Acton Jones, hereby attest that I have on file all holograph signatures for any
18
   signatures indicated by a "conformed" signature (/S/) within this e-filed document.
19
   DATED:  June 22, 2006                     By:_____/S/_____
20                                                  NICOLE ACTON JONES
21

22

23  **IT IS SO ORDERED.**

24
    DATED ____6/22/06_____      _____
25                                             HONORABLE JEREMY FOGEL

26

27                                           8

28  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
    CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)