1

2                                                                **E-Filed 1/29/07**

3

4

5

6

7                                    NOT FOR CITATION

8                     **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                  **SAN JOSE DIVISION**

11

12   IN RE MERCURY INTERACTIVE CORP.          Case Number C 05-4642 JF (PVT)
     DERIVATIVE LITIGATION,                   Case Number C 06-2971 JF (PVT)
13

14   _____      ORDER VACATING HEARING
                                              DATE AND SETTING BRIEFING
15   TERRY KLEIN,                             SCHEDULE FOR DERIVATIVE
                                              ACTIONS
16                        Plaintiff,

17          v.

18   AMNON LANDON,

19                        Defendant.

20

21          On October 26, 2006, Defendants moved to dismiss the amended complaint in case

22   number C 06-2971 JF (PVT).  In that motion, Defendants referred to the pending all-cash

23   acquisition of Mercury Interactive Corporation ("Mercury Interactive") by Hewlett Packard

24   Company ("HP").  Motion 5.  In their reply to Plaintiff's opposition, Defendants refer to a

25   "potential" motion to dismiss for lack of standing.  Reply 15.  The Court concludes that the

26   apparent acquisition of Mercury Interactive by HP raises a serious question as to Plaintiffs'

27   standing in the derivative actions (C 06-2971 JF (PVT) & C 05-4642 JF (PVT)), since Plaintiffs

28   may no longer retain a financial interest in the outcome of the litigation.  "Standing represents a

1  jurisdictional requirement which remains open to review at all stages of the litigation." *National*

2  *Organization for Women, Inc. v. Scheidler*, 510 U.S. 249, 255 (1994).   Accordingly, the Court

3  concludes that it should resolve the apparent standing issue before it considers a motion to

4  dismiss.  The Court requests that Defendants file briefs arguing any asserted lack of standing on

5  or before February 23, 2007.[1]  Any opposition shall be filed on or before March 9, 2007, and any

6  reply shall be filed on or before March 16, 2007.  The Court will hear oral argument on March

7  30, 2007 at 9.00 a.m.

8          The hearing on Defendants' motion to dismiss in case number C 06-2971 JF (PVT), filed

9  October 26, 2006, and currently scheduled for hearing on February 2, 2007, is vacated.  After it

10  has resolved the issue of standing, the Court will determine if and when it should hear the motion

11  to dismiss.  The case management conferences scheduled for February 2, 2007 in case number C

12  06-2971 JF (PVT) and for March 9, 2007 in case number C 05-4642 JF (PVT) are continued to

13  March 30, 2007, immediately following oral argument on the question of standing in the

14  derivative litigation.

15          This order does not pertain to the related shareholder class action, case number C 05-

16  3395 JF (PVT).

17          IT IS SO ORDERED.

18

19

20  DATED: January 29, 2007

21

22                                                  _____
                                                    JEREMY FOGEL
                                                    United States District Judge

23

24

25

26

27      [1] Defendants in the consolidated action C 05-4462 JF (PVT) and the related action C 06-
        2971 JF (PVT) should file separate briefs.  The parties should follow Civ. L.R. 7-2 and Civ. L.R.

28      7-3 with respect to the form of the briefs, oppositions, and replies.

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)

1   Copies of Order served on:

2   C 05-4642 JF (PVT)

3   Joel H. Bernstein                jbernstein@labaton.com

4   Asim M. Bhansali                amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com

5   Peter Arthur Binkow            info@glancylaw.com, pbinkow@glancylaw.com

6   Sara B. Brody                   sara.brody@hellerehrman.com, terri.newman@hellerehrman.com;
                                     Cecilia.Chan@hellerehrman.com;
7                                    Gary.Padilla@hellerehrman.com

8   Howard S. Caro                  hcaro@hewm.com, gary.padilla@hellerehrman.com;
                                     yvonne.somek@hellerehrman.com;
9                                    benjamin.diggs@hellerehrman.com; SFDocCal@hewm.com

10  Michael Cecchini               mcecchini@gibsondunn.com, jhess@gibsondunn.com

11  John D. Cline                   jcline@jonesday.com, tmdanowski@jonesday.com;
                                     pdavids@jonesday.com; zanderson@jonesday.com;
12                                   cyip@jonesday.com

13  Aaron H. Darsky                adarsky@schubert-reed.com,

14  Kirk Andrew Dublin             kdublin@jonesday.com, tmdanowski@jonesday.com;
                                     adlangenbach@jonesday.com; arsand@jonesday.com;
15                                   mlandsborough@jonesday.com

16  Alan I. Ellman                  aellman@labaton.com, cchan@labaton.com

17  Jeffrey S. Facter               jfacter@shearman.com, cflood@shearman.com;
                                     rcheatham@shearman.com; jae.ko@shearman.com
18
    Scott A. Fink                   sfink@gibsondunn.com, bhonniball@gibsondunn.com
19
    Michael M. Goldberg            info@glancylaw.com
20
    Louis J Gottlieb                lgottlieb@glrslaw.com,
21
    Alicia G. Huffman              alicia.huffman@shearman.com, ron.cheatham@shearman.com;
22                                   rcheatham@shearman.com

23  Benedict Y Hur                  bhur@kvn.com, efiling@kvn.com; gpeterson@kvn.com

24  Willem F. Jonckheer            wjonckheer@schubert-reed.com

25  Nicole Acton Jones             nicole.jones@hellerehrman.com,
                                     harriette.louie@hellerehrman.com
26
    Christopher J. Keller          ckeller@labaton.com, cchan@labaton.com
27
    Jan Nielsen Little              jnl@kvn.com, efiling@kvn.com; srg@kvn.com
28

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)

| | | |
|---|---|---|
| 1 | E. Powell Miller | epm@millerlawpc.com, asl@millerlawpc.com |
| 2 | Elise Natalie Milstein | emilstein@jonesday.com, mcassidy@jonesday.com |
| 3 | Patrick David Robbins | probbins@shearman.com |
| 4 | Adam Richard Sand | arsand@JonesDay.com, mlandsborough@jonesday.com |
| 5 | Michael Adam Schwartz | mschwartz@wolfpopper.com |
| 6 | David R. Scott | drscott@scott-scott.com |
| 7 | Michael Todd Scott | tscott@orrick.com, adevlin@orrick.com |
| 8 | Arthur L. Shingler , III | ashingler@scott-scott.com, ssawyer@scott-scott.com |
| 9 | C. Brandon Wisoff | bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com |

10  Conor R. Crowley
Goodkind Labaton Rudoff & Sucharow LLP
11  100 Park Avenue
New York, NY 10017

12

Donald Delaney
13  100 Park Avenue
New York, NY 10017

14

Andrew T. Solomon
15  Sullivan & Worcester, LLP
1290 Avenue of the Americas
16  New York, NY 10104

17  Franklin B. Velie
Sullivan & Worcester, LLP
18  1290 Avenue of the Americas
New York, NY 10104

19

Robin Wechkin
20  Heller Ehrman LLP
701 Fifth Avenue
21  Suite 6100
Seattle, WA 98104

22

C 06-2971 JF (PVT)

23

| | | |
|---|---|---|
| 24 | Sara B. Brody | sara.brody@hellerehrman.com, terri.newman@hellerehrman.com; Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com |
| 25 | | |
| 26 | Cecilia Y. Chan | cecilia.chan@hellerehrman.com |
| 27 | Christina Lucen Costley | ccostley@wsgr.com |
| 28 | Kirk Andrew Dublin | kdublin@jonesday.com, tmdanowski@jonesday.com; adlangenbach@jonesday.com; arsand@jonesday.com; |

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)

| | | |
|---|---|---|
| 1 | | mlandsborough@jonesday.com |
| 2 | Jared Lee Kopel | jkopel@wsgr.com |
| 3 | Betsy C. Manifold | manifold@whafh.com |
| 4 | Thomas James Martin | tmartin@wsgr.com, dlewis@wsgr.com |
| 5 | Elise Natalie Milstein | emilstein@jonesday.com, mcassidy@jonesday.com |
| 6 | Glenn F. Ostrager | gostrager@ocfblaw.com |
| 7 | Stephen Lyle Porter | slp@wpglaw.com, |
| 8 | Adam Richard Sand , Esq | arsand@JonesDay.com, mlandsborough@jonesday.com |
| 9 | Paul D. Wexler | wexler@bragarwexler.com |
| 10 | C. Brandon Wisoff | bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com |

11  Andrew T. Solomon
    Sullivan & Worcester, LLP
12  1290 Avenue of the Ameicas
    New York, NY 10104

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)