**E-Filed 5/29/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. DERIVATIVE LITIGATION | Case Number C 05-4642 JF (PVT)<br><br>JUDGMENT[1] |

Defendants' motion to dismiss having been granted without leave to amend, IT IS HEREBY ORDERED that judgment be entered for defendants. Plaintiffs shall take nothing from defendants.

DATED: May 29, 2007

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-4642 JF (PVT)
JUDGMENT
(JFLC1)

Copies of this Judgment have been served on:

| | |
|---|---|
| Asim M. Bhansali | amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com |
| Norman J. Blears | nblears@hewm.com, susan.griffin-preston@hellerehrman.com; yvonne.somek@hellerehrman.com; oleg.zhoglo@hellerehrman.com |
| Jonathan Herschel Bornstein | jonathan@bornsteinandbornstein.com |
| Sara B. Brody | sara.brody@hellerehrman.com, terri.newman@hellerehrman.com; Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com; Sebastian.Jerez@hellerehrman.com |
| Lucy Edmond Buford | lbuford@orrick.com, jknight@orrick.com |
| Cecilia Y. Chan | cecilia.chan@hellerehrman.com |
| John D. Cline | jcline@jonesday.com, tmdanowski@jonesday.com; cyip@jonesday.com |
| Kirk Andrew Dublin | kdublin@jonesday.com, adlangenbach@jonesday.com; tmdanowski@jonesday.com |
| Jeffrey S. Facter | jfacter@shearman.com, rcheatham@shearman.com; jae.ko@shearman.com |
| Scott A. Fink | sfink@gibsondunn.com, bhonniball@gibsondunn.com |
| Roberto Finzi | rfinzi@paulweiss.com, jromm@paulweiss.com; egoldstein@paulweiss.com |
| Frank James Johnson | frankj@johnsonbottini.com, brett@johnsonbottini.com, frankb@johnsonbottini.com, emily@johnsonbottini.com |
| James N. Kramer | jkramer@orrick.com |
| Betsy C. Manifold | manifold@whafh.com |
| Elise Natalie Milstein | emilstein@jonesday.com, mcassidy@jonesday.com |
| Patrick David Robbins | probbins@shearman.com, rcheatham@shearman.com |
| Michael Todd Scott | tscott@orrick.com, elee@orrick.com |
| Eric L. Zagar | ezagar@sbclasslaw.com, rwinchester@sbclasslaw.com; der_filings@sbclasslaw.com |

Notice will be delivered by other means to:

Eric S. Goldstein
Paul Weiss Rifkind Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019

2

Case No. C 05-4642 JF (PVT)
JUDGMENT
(JFLC1)

1  Robert I. Harwood
   Harwood Feffer LLP
2  488 Madison Ave. 8th Floor
   New York, NY 10022
3
   Mark F. Pomerantz
4  Paul Weiss Rifkind Wharton & Garrison, LLP
   1285 Avenue of the Ameiracas
5  New York, NY 10019

6  Kathryn Quetel
   Bornstein & Bornstein
7  2590 Geary Boulevard
   San Francisco, CA 94115-3318
8
   Andrew T. Solomon
9  Sullivan & Worcester, LLP
   1290 Avenue of the Ameicas
10 New York, NY 10104

11 Franklin B. Velie
   Sullivan & Worcester, LLP
12 1290 Avenue of the Americas
   New York, NY 10104
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-4642 JF (PVT)
JUDGMENT
(JFLC1)